IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIE MARTINEZ,** | CIV S-07-1991 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGEPETH, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's reply to Petitioner's opposition to the motion to dismiss be filed on or before January 17, 2008.

Dated: 01/10/08                     /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

mart1991.po

[Proposed] Order

1