IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIE MARTINEZ,** | CIV S-07-1991 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGEPETH, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's reply to Petitioner's opposition to the motion to dismiss be filed on or before January 18, 2008.

Dated: 01/22/08          /s/ Gregory G. Hollows
                                        U.S. Magistrate Judge

mart1991.po2

[Proposed] Order

1